UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONE OREN | Case No. CV 19-9033 PA (AGRx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| ELY DROMY; DAVID DROMY; SILVERLACE PARK LLC; and DOES 1 through 100, | |
| Defendants. | |

In accordance with the Court's November 21, 2019, and December 13, 2019 Minute Orders, which dismissed the claims asserted by plaintiff Rone Oren without leave to amend, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: December 13, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE